FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RAI A. GOULSBY, | No. 2:23-CV-00023-SAB |
| Plaintiff, | |
| v. | **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| NAPHCARE; and MADSEN, | |
| Defendants. | |

By Order filed May 15, 2023, this Court directed Plaintiff Rai A. Goulsby, a prisoner currently housed at the Washington Corrections Center, to file a Notice of Intent to Proceed with Complaint within fifteen (15) days if he intended to proceed with this action. ECF No. 10 at 2–3. The Court cautioned Plaintiff that if he failed to comply with this directive, the action would be dismissed without prejudice. *Id*. at 3. Although Plaintiff filed a Notice of Change of Address on May 11, 2023, ECF No. 9, he has failed to file a Notice of Intent to Proceed with Complaint.

//
//
//
//
//

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** *1

For the reasons set forth above and in the Court's prior Order, ECF No. 10, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff, and **close** the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 6th day of June 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE *2**