AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<div style="float:right">

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jun 06, 2023

SEAN F. McAVOY, CLERK

</div>

RAI A. GOULSBY,

)
)
_Plaintiff_ )
v. )
NAPHCARE; and MADSEN, )
)

Civil Action No.   2:23-CV-00023-SAB

_Defendant_

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐  the plaintiff _(name)_ _____ recover from the
defendant _(name)_ _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____
_____ recover costs from the plaintiff _(name)_ _____
_____ .

☑  other:   Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be
granted.

This action was _(check one)_:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   STANLEY A. BASTIAN _____ .

Date:   06/06/2023 _____

_CLERK OF COURT_

SEAN F. McAVOY _____

s/ Allison Yates _____
_(By) Deputy Clerk_

Allison Yates